United States
Southern District

MAY 10 2024

Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | |
|---|---|
| Chris Neuens § § § | |
| vs § | CIVIL ACTION NO. 7-2024cv-00112 |
| Louis Dejoy U.S. Postmaster General § § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES [insert name of party making this disclosure] and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. **Louis Dejoy, U.S. Postmaster , United States Postal Service**
475 L'Enfant Plaza S.W, Washington D.C., 20260

2. **Merrick B. Garland, Attorney General, U.S. Dept. of Justice**
950 Pennsylvania Ave NW, Washington D.C., 20530

3. **Alamdar Hamdani, Attorney General, Southern District of TX**
1000 Louisiana, Ste. 2300, Houston, Texas 77002

Respectfully submitted,

[signature]

[Counsel for party]

> Please note: this designation must include all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended disclosure report with the clerk of court.

### Certificate of Service

Chris Neuens
5208 N 10th Street Apt 274
McAllen, Texas 78504